JS-6

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
MICHAEL MARRIOTT, CSBN 280890
Special Assistant United States Attorney
Office of the General Counsel
   Social Security Administration
   6401 Security Boulevard
   Baltimore, Maryland 21235
   Telephone: (510) 970-4836
   E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHIL DANEO,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 8:25-cv-01219-PD<br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

*PATRICIA DONAHUE*

DATED: August 7, 2025

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE