**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Benjamen Phil Daneo,<br><br>    Plaintiff,<br><br>v.<br><br>Frank J. Bisignano,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  8:25-cv-01219-PD<br><br>**ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of ONE THOUSAND SEVENTY AND 32/100 ($1,070.32) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation

DATE: November 07, 2025

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE